

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DONALD P. ROGERS,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY KING, DEPUTY BURT, ASS. DEPUTY COUNTY ATTORNEY JASON TROY MARKS, CHIEF COUNTY ATTORNEY FRED VAN VALKENBURG, CITY OF MISSOULA JUDICIAL COURT SYSTEM, and the COUNTY OF MISSOULA,<br><br>Defendants. | CV 13–163–M–DWM-JCL<br><br>ORDER |

Donald Rogers is a state prisoner proceeding pro se. He brings an action under 42 U.S.C. § 1983, alleging his Federal Constitutional rights were violated during the course of a criminal proceeding prosecuted against him by the State of Montana. Magistrate Judge Lynch recommends this Court dismiss Rogers' claims for injunctive and declaratory relief as to all defendants. (Doc. 11).

Rogers has not filed objections to Judge Lynch's Findings and Recommendation. The Court reviews the findings and recommendations that are

not specifically objected to for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no clear error with Judge Lynch's determination that Rogers' claims for injunctive and declaratory relief should be dismissed without prejudice pursuant to *Younger v. Harris*, 401 U.S. 37 (1971).

Accordingly, IT IS ORDERED that the Findings and Recommendation (doc. 11) are ADOPTED IN FULL. Donald Rogers' claims for injunctive and declaratory relief are DISMISSED WITHOUT PREJUDICE as to all defendants.

Dated this 4th day of October 2013.

Donald W. Molloy, District Judge
United States District Court